CLAUDE L'ENGLE, APPELLANT, VS. CHARLES HOLMES, AP-
PELLEE.

Appellate Practice—What Notice of Entry of Appeal Must State.

An entry of appeal that fails to state that such appeal is
taken to the Supreme Court of Florida, and that fails to
state any term or day to which it is to be returnable, is
ineffectual as notice to the appellee therein under the
provisions of Chapter 4528 laws, approved May 7th, 1897,
and where the appellee in such a case in nowise appears
in the appellate court, such appeal will be dismissed.

Appeal from the Circuit Court for Duval County.

Dismissed by the Court for fatal defect in entering ap-
peal.

*John L. Doggett,* for Appellant.

No appearance for Appellee.

PER CURIAM.

This cause being reached in its regular order on the
docket for final adjudication, the court finds that the en-
try of appeal therein fails to state that it is taken to the
Supreme Court of Florida, and fails to state any term or
day to which it is to be returnable, and is, therefore, in-
effectual as notice to the appellee, and that the appellee
has in nowise appeared in this court, it is, therefore, here-
by considered, ordered and adjudgd that the appeal in
said cause be, and the same is hereby, dismissed at the
cost of the appellant.